PD-0597-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/4/2015 11:21:27 AM
Accepted 11/4/2015 1:23:26 PM
ABEL ACOSTA
CLERK

**NO. PD-0597-15**

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN, TEXAS

─────────────

**BERNARD WINFIELD SHORTT,**
Petitioner

v.

**THE STATE OF TEXAS,**
Respondent

─────────────

*On discretionary review of a decision by the
Court of Appeals, Fifth District of Texas at Dallas
in Cause Number 05-13-01639-CR*

*On appeal from the 194th Judicial District Court of Dallas County,
in Trial Court Cause Number F07-00193-M*

─────────────

**STATE'S MOTION FOR EXTENTION OF TIME TO FILE
THE STATE'S BRIEF**

─────────────

*Counsel of Record:*

SUSAN HAWK
Criminal District Attorney
Dallas County, Texas

MARISA ELMORE
Assistant District Attorney
State Bar No. 24037304
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 (FAX)
Marisa.Elmore@dallascounty.org

*ATTORNEYS FOR THE STATE OF TEXAS*

The State of Texas, by and through the Criminal District Attorney of Dallas County, respectfully requests a 30-day extension of time for filing its brief in response to Petitioner's brief. In support of this motion, the State shows the Court the following:

1.

A grand jury indicted Petitioner for burglary of a habitation. In December of 2007, Petitioner pled guilty under a plea agreement, the trial court found him guilty, placed him on deferred adjudication probation, and ordered him to pay $9,085 in restitution.

In May of 2013, the trial court revoked Petitioner's probation, adjudicated his guilt, and sentenced him to ten years' confinement in the Texas Department of Criminal Justice, but did not pronounce restitution or include it in the judgment. After being incarcerated for five months, the trial court granted Petitioner's request for shock probation, suspended his ten-year sentence, placed him on five years' community supervision, and, over trial counsel's objection, ordered Petitioner to pay restitution in the amount of $6,178, the remainder of the restitution Petitioner owed to the victim.

2.

Petitioner filed a direct appeal from the proceedings granting shock probation with the Fifth District Court of Appeals at Dallas in *Shortt v. State*,

No. 05-13-01639-CR. The Fifth Court of Appeals questioned whether it had jurisdiction to entertain the appeal from an order of shock probation and ordered the parties to file letter briefs. After considering the briefs, the Fifth Court of Appeals dismissed the direct appeal for lack of jurisdiction. *Shortt v. State*, No. 05-13-01639-CR, 2015 Tex. App. LEXIS 4808 (Tex. App.—Dallas May 12, 2015, pet. granted) (mem. op., not designated for publication).

On September 16, 2015, this Court granted Petitioner's petition for discretionary review. Petitioner filed his brief on discretionary review on October 29, 2015. Under Rule 70.2 of the Texas Rules of Appellate Procedure, the State's brief is due November 28, 2015. *See* Tex. R. App. P. 70.2.

3.

The State respectfully requests an extension of 30 days, until December 28, 2015, in which to file its brief in this case. This is the State's first request for an extension of time. The particular circumstances justifying this motion are as follows:

Due to undersigned Counsel's current docket and upcoming deadlines which were set prior to the deadline for this brief, Counsel is seeking additional time to complete the State's brief in the instant case. Since this Court granted the petition for discretionary review in this case, Counsel's workload has included, but not been limited to, the following:

- Preparing and filing a response to the appellant's briefs in *Williams v. State*, cause numbers 05-15-00084-CR and 05-15-00085-CR, on October 15, 2015, in the Fifth Court of Appeals;

- Preparing a response to the appellant's petition for discretionary review in *Hopkins v. State*, PD-0794-15, which was granted on September 16, 2015, and which is due on November 15, 2015; and

- Preparing a response to the appellant's brief in *Gage v. State*, cause number 05-15-00538-CR, which is due on November 27, 2015, in the Fifth Court of Appeals.

Additionally, on December 9, 2015, Counsel is participating in oral argument at the Fifth Court of Appeals in two cases—*High v. State*, No. 05-15-00074-CR, and *Morales v. State*, No. 05-14-01466-CR. Furthermore, Counsel is a part-time Assistant District Attorney who only works three days per week. Because of her workload and her part-time employment status, Counsel requests additional time to properly research and respond to Petitioner's brief in the instant case.

4.

For all the foregoing reasons, the State respectfully asks this Court to extend the deadline for filing the State's brief to December 28, 2015.

Respectfully submitted,

/s/ Marisa Elmore

Susan Hawk
Criminal District Attorney
Dallas County, Texas

Marisa Elmore
Assistant District Attorney
State Bar No. 24037304
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
Marisa.Elmore@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Extension of Time to File the State's Brief has been served on Michael Mowla, counsel for Petitioner, at michael@mowlalaw.com, by using the service function in the state electronic filing system on November 4, 2015.

/s/ Marisa Elmore